**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: R.W., A MINOR CHILD | : | No. 361 WAL 2017 |
| | : | |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: J.R.M. | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

  **AND NOW**, this 2nd day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.